986 A.2d 45

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Richard J. REED, Respondent.**

Supreme Court of Pennsylvania.

Nov. 18, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of November, 2009, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. The issue, rephrased for clarity, is:

What is the proper grading of a conviction under 18 Pa.C.S. § 6318, where the trial court at sentencing concluded that the most serious underlying offenses for which the defendant contacted the minor were offenses for which the defendant was acquitted?